FILED'07 FEB 01 18:25 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| VELMA L. STARK, | ) | |
|           Plaintiff, | ) | CV. 06-920-KI |
| v. | ) | |
| JOANNE BARNHART, Commissioner of Social Security, | ) | ORDER AWARDING EAJA ATTORNEY FEES AND COSTS |
|           Defendant. | ) | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $846.56 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this 1st day of Feb, 2007.

_____
United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB #81344
Attorney for Plaintiff, Velma L. Stark

Page 1 –   ORDER AWARDING EAJA ATTORNEY FEES AND COSTS –
STARK v. BARNHART, CV 06-920-KI